AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Francisco Pabon<br><br>Defendant. | ) | Case No. 1:26-MJ-205(DJS) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of September 2, 2026 in the county of Saratoga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | ~~Distribution of a controlled substance~~ possession with intent to distribute a controlled substance (50 grams or more of methamphetamine mixture) CMD JBS |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Richard Arpei, DEA TFO

*Printed name and title*

Attested to by the affiliant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Sept 3, 2026

*Judge's signature*

City and State: Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge

*Printed name and title*

1:26 mj 205

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Arpei, being duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been an Investigator with the Saratoga Springs Police Department since 2009. In January 2012, I was assigned to the DEA Capital District Drug Enforcement Task Force and deputized as a federal Task Force Officer. In that capacity, I am assigned to the DEA New York Field Division, Albany District Office. I have participated in many drug trafficking investigations involving violations of Title 21, United States Code, Sections 841(a)(1) and 846, including as the case agent. I have worked as an undercover police officer and acting as a back-up team member during undercover drug investigations; conducting surveillance of drug dealers; and debriefing confidential sources and other cooperating individuals who have knowledge pertinent to drug investigations.

2. The facts in this affidavit are based on my review of reports by other law enforcement agents, communication with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information below is provided for the limited purpose of establishing probable cause and does not contain all facts known to me regarding this investigation.

3. This affidavit is made in support of a criminal complaint charging Francisco Pabon ("PABON"), date of birth August 20, 1962, with violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B) possession with intent to distribute controlled substances. The statements in this affidavit are based on information provided to me by other law enforcement officers and my investigation of this matter. I have set forth only those facts that I believe are necessary to establish probable cause to believe that PABON has committed a violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## PROBABLE CAUSE

**Overview of the Investigation**

1. On September 1, 2026, the Honorable Daniel J. Stewart, authorized the search of Francisco Pabon DOB: 08/20/1962, New York registration MHJ3304, a 2020 Honda Pilot, registered to Pabon, and Pabons's residence located at 8C4 Vanderbilt Terrace, Saratoga Springs, NY 12866.

2. On September 2, 2026, law enforcement located Pabon and his vehicle in the vicinity of the laundry trailer, located on New York Racing Association (NYRA) property, 267 Union Ave. Saratoga Springs, NY. Pabon was in the driver's seat. Two members of the Saratoga Springs Police Department, who were operating a marked Saratoga Springs Police Department vehicle, approached the vehicle a detained Pabon.

3. The vehicle was transported off NYRA property and conducted a search. Law enforcement located on the rear seat of the vehicle, a "Conchas" food bag that contained two clear plastic baggies, each containing an off-white crystalline substance. The bags have an approximate weight of 59.0 grams, inclusive of packaging. Located in the center consol cup holder, was a Marlboro cigarette box that contained seven small Ziploc baggies that each contained an off-white crystalline substance. The bags have an approximate weight of 4.5 grams, inclusive of packaging. A field test was performed consistent with my training and experience, and yielded a positive result of methamphetamine.

## CONCLUSION

4. In light of the foregoing, I respectfully submit that this affidavit establishes probable cause to believe that Francisco PABON committed a violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) possession with intent to distribute controlled substances.

**Attested to by the affiant.**

Richard Arpei
Task Force Officer
Drug Enforcement Administration

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on September 3, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Daniel J. Stewart
United States Magistrate Judge